UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
FEB 04 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

CRISSY M. HALL
Plaintiff,

VS. C.A. NO: 04-438C

JD BYRIDER-CRANSTON, INC.
Defendant.

# ORDER ON DEFENDANT'S MOTION TO DISMISS

The above captioned matter came on for hearing on February 1, 2005, before this Honorable Court, Judge Ronald R. Lagueux presiding, on Defendant, JD Byrider-Cranston, Inc.'s Motion to Dismiss or, in the Alternative, Motion to Compel Arbitration and Stay Litigation Pending Arbitration. After hearing thereon and consideration thereof, it is hereby *ORDERED, ADJUDGED and DECREED*:

1. That Defendant's Motion to Dismiss is hereby denied.

2. Defendant's Motion to Compel Arbitration and Stay Litigation Pending Arbitration is hereby granted.

ENTERED as an Order of this Court this 5 day of Feb, 2005.

ENTER:
Ronald R. Lagueux
Ronald R. Lagueux
~~Chief Justice~~ Sr. USDJ
2/7/05

PER ORDER:
[signature]
Deputy Clerk
2/7/05

(8)