UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

**CRISSY M. HALL,**
Plaintiff,

vs. CA 04-525 L

**G.L. LAPIERRE & COMPANY**, and
**JANE DOE**, alias, and
**VENTURCAP FINANCIAL GROUP, LLC**,
d/b/a CNAC,
Defendants.

RECEIVED
FEB 17 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

## Amended Rule 41(a)(1) Dismissal Stipulation

Now comes the Plaintiff, Crissy Hall, pursuant to Rule 41(a)(1), and no defendant having filed an Answer or Motion for Summary Judgment, she hereby dismisses this action as to Venturcap Financial Group **with prejudice** and as to defendant G.L. Lapierre without prejudice.

Enter:
Ronald R. Lagueux
Sr. USDJ 2/15/05

Crissy M. Hall,
By Her Attorney,

John T. Longo, Esq. /#4928
681 Smith Street
Providence, RI 02908
(401) 272-2177 Fax (401) 274-5433
jtlongo@yahoo.com

**Certification**

I certify that on 2-14-05 a copy of this document was mailed, via fist class mail to:

Dean J. Wagner
Shechtman Halperin Savage, LLP
86 Weybosset Street
Providence, RI 02903

cc: DJW 2/18/05
Client

RECEIVED
FEB 18 2005
BY: 1

(13)