Extra Copy

**AMERICAN ARBITRATION ASSOCIATION**

**CLAIMANT:** CRISSY M. HALL
REPRESENTED BY JOHN T. LONGO, ESQUIRE
681 SMITH ST., SUITE 201
PROVIDENCE, RI 02908
(401) 272-217
(401) 274-5433 FAX
jtlongo@yahoo.com

**RESPONDENTS:** JD BYRIDER-CRANSTON, INC.
VENTURCAP FINANCIAL GROUP, LLC
REPRESENTED BY DEAN J. WAGNER, ESQUIRE
SHECHTMAN HALPERIN SAVAGE LLP
86 WEYBOSSET ST.
PROVIDENCE, RI 02903
(401) 272-1400
(401) 272-1403 FAX
dwagner@shlawri.com

COPY

**C. A. NO.:** 04-438L

**AAA NO.:**

**RESPONDENT'S MOTION TO ALLOW THE JOINDER/INTERVENTION OF VENTURCAP FINANCIAL GROUP, LLC**

Respondent, JD Byrider-Cranston, Inc. ("JD Byrider"), pursuant to Rules 19, 20 and 24 of the Federal Rules of Civil Procedure and Rule 6 of the AAA Commercial Arbitration Rules, hereby moves the Arbitrator to allow the joinder and/or intervention of Venturcap Group, LLC ("Venturcap") in the instant Arbitration as a Respondent.

As grounds for this Motion, JD Byrider states that: (1) Venturcap is the assignee of the Retail Installment Contract and Security Agreement that is the subject matter of this Arbitration; (2) this motion has been filed at the earliest possible time; (3) as is apparent from the attached Answer and Counterclaim, in Venturcap's absence complete relief cannot be accorded among those already parties; (4) Venturcap has an interest in the subject matter of the Arbitration and the disposition of the Arbitration without Venturcap's intervention would as a practical matter impair or impede its ability to protect that interest; (5) Venturcap's interest cannot be adequately represented by the

existing parties; (6) Venturcap's claims and defenses have questions of law and fact in common with JD Byrider's; (7) Venturcap's intervention will not unduly delay or prejudice the adjudication of the rights of the original parties; (8) allowing Venturcap to be joined or to intervene would avoid duplication of costs for all parties; (9) the arbitration agreement explicitly applies to all assignees.

WHEREFORE, Respondent, JD Byrider-Cranston, Inc., respectfully requests that the Arbitrator allow Venturcap Group, LLC to be joined as a Respondent and/or intervene as a Respondent in the within action.

Respectfully submitted,
Respondents and Claimants-in-Counterclaim, JD Byrider-Cranston, Inc., and Venturcap Financial Group, LLC
By their attorney,

Dean J. Wagner, Esq. #5426
Shechtman Halperin Savage LLP
86 Weybosset Street
Providence, Rhode Island 02903
Tel. (401) 272-1400
Fax (401) 272-1403

**CERTIFICATE OF SERVICE**

***I HEREBY CERTIFY***, that a true and correct copy of the foregoing Motion was furnished via U.S. Mail, postage pre-paid this 30th day of June, 2005 to the following:

John T. Longo, Esq.
681 Smith Street
Providence, RI 02908

Dean J. Wagner, Esquire

American Arbitration Association
*Dispute Resolution Services Worldwide*

*Northeast Case Management Center*
Catherine Shanks
Vice President

Christopher Fracassa, Yvonne Nelson
Assistant Vice Presidents

950 Warren Avenue, East Providence, RI 02914
telephone: 866-293-4053 facsimile: 401-435-6529
internet: http://www.adr.org/

# FAX

Date: September 9, 2005

To
John T. Longo
Attorney At Law
681 Smith Street
Providence, RI 02908

Dean Wagner, Esq.
Shechtman Halpern Savage LLP
86 Weybosset Street
Providence, RI 02903

Fax Number: 274-5433
272-1403

From: Linda J. Cook

Number of Pages: 4 (including cover)

Re: 11 188 E 01390 05
Crissy Hall
and
JD Byrider

MESSAGE:

THIS FAX TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE PERSON TO WHOM IT IS ADDRESSED. IT MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED OR OTHERWISE EXEMPT FROM DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT OR THE PERSON AUTHORIZED TO DELIVER THIS FAX TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OF THIS FAX IS PROHIBITED. IF YOU HAVE RECEIVED THIS FAX IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AT THE NUMBER LISTED ABOVE AND RETURN THE ORIGINAL FAX TO US BY FIRST CLASS MAIL AT THE ABOVE ADDRESS.

American Arbitration Association
*Dispute Resolution Services Worldwide*

*Northeast Case Management Center*
Catherine Shanks
Vice President

Christopher Fracassa, Yvonne Nelson
Assistant Vice Presidents

950 Warren Avenue, East Providence, RI 02914
telephone: 866-293-4053 facsimile: 401-435-6529
internet: http://www.adr.org/

September 9, 2005

*VIA FACSIMILE*
John T. Longo
Attorney At Law
681 Smith Street
Providence, RI 02908

Dean Wagner, Esq.
Shechtman Halpern Savage LLP
86 Weybosset Street
Providence, RI 02903

Re: 11 188 E 01390 05
Crissy Hall
and
JD Byrider

Dear Parties:

This will confirm a preliminary hearing in the above matter was held on September 7, 2005, with Mr. Longo, Mr. Wagner, Mr. Boris, and the undersigned, and the following arrangements were made:

The parties have agreed to add Venturcap Financial Group, LLC as a respondent in this matter. Claimant will submit the amended Demand for Arbitration on or before September 21, 2005.

Claimant shall submit an Answer to Counter-Claim on or before September 21, 2005.

Parties agree to file briefs for dispositive motion and videotape on or before September 30, 2005.

The parties shall file a stipulation of uncontested facts on October 19, 2005.

Parties shall file their witness list on or before September 30, 2005.

The disclosure of witnesses shall include the full name of each witness, a short summary of anticipated testimony, and written C.V. of experts. If certain required information is not available, the disclosures shall so state.

Discovery will be completed on or before September 30, 2005.

The arbitrator ruled that no depositions will be taken, without prejudice, without parties showing good cause on motion.

The parties shall submit one set of exhibits to be offered and all schedules, summaries, diagrams and charts at the hearing. Agreed upon exhibits will be numbered 1 through xxxx. Disputed exhibits shall be numbered A1 through xxxx.

<u>The Association does not require a set of exhibits for our file.</u>

The hearing has been set for October 19, 2005, pursuant to the enclosed Notice of Hearing.

This case will be administered by facilitating the exchange of appropriate written documents through the AAA. Please submit all correspondence to the undersigned for transmittal to the arbitrator, copying the other.

On or before September 30, 2005, each party may serve and file a pre-hearing brief on all significant disputed issues, setting forth briefly the party's position and the supporting arguments and authorities.

All deadlines shown herein will be strictly enforced. After such deadline, the parties may not file such motions except with the permission of the arbitrator, good cause having been shown.

This order shall continue in effect unless and until amended by subsequent order of the arbitrator.

If either party needs subpoenas, you may obtain them from the "Forms" section of our website at the following address:

www.adr.org

If you would like a printed copy of this form please contact the undersigned. Such requests should be made as soon as possible, as the forms need to be completed by the requesting party and signed by the arbitrator. It will be the requesting party's responsibility to have the subpoenas served.

You may also share and manage correspondence through AAA's WebFile. The Case Manager will determine who should receive viewing privileges and grant access accordingly.

Respondent has been billed $200.00 for the Case Service Fee. This amount was determined by the amount of the claim and counter-claim in this matter. Payment is to be received by the Association no later than September 21, 2005, which is fifteen days prior to the first evidentiary hearing.

You may also view case financial information, as well as make payments with a credit card online via AAA's WebFile.

If you have any questions, please do not hesitate to call.

Sincerely,

Linda Cook

Linda J. Cook
Case Manager
401 431 4832
Cookl@adr.org

Heather Santo
Supervisor
401 431 4702
SantoH@adr.org

Encl.

cc: Mr. Steven B. Boris, Esq.

# AMERICAN ARBITRATION ASSOCIATION
## Notice of Hearing

September 9, 2005

John T. Longo
Attorney At Law
681 Smith Street
Providence, RI 02908

Dean Wagner, Esq.
Shechtman Halpern Savage LLP
86 Weybosset Street
Providence, RI 02903

Re: 11 188 E 01390 05
Crissy Hall
and
JD Byrider

PLEASE TAKE NOTICE that a hearing in the above-entitled arbitration will be held as follows:

Place: Dean Wagner, Esq.
Shechtman Halpern Savage LLP
86 Weybosset Street
Providence, RI 02903

Date: October 19, 2005
Time: 10:00 AM
Before: Mr. Steven B. Boris

Please attend promptly with your witnesses and be prepared to present your proofs.

Linda J. Cook
Case Manager
401 431 4832

NOTICE: The arbitrator has arranged his schedule and reserved the above date. Therefore, every effort should be made to appear on the date scheduled. In the event that unforeseen circumstances make it impossible to attend the hearing as scheduled, a party requesting a postponement should obtain the agreement of the other party. If there is no mutual agreement, the arbitrator will make a determination. All requests for postponements must be communicated to the Case Manager, not the arbitrator. There should be no direct communication between the parties and the neutral arbitrator. In some instances, postponements are subject to cancellation fees by the arbitrator. Any party wishing a stenographic record must make arrangements directly with the stenographer and notify the other party of the arrangements in advance of the hearings.

cc: Mr. Steven B. Boris, Esq.