UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CRISSY M. HALL
Plaintiff,

VS. C.A. NO: 04 438L

JD BYRIDER-CRANSTON, INC.
Defendant.

**DEFENDANT'S MOTION FOR JOINDER OF VENTURCAP FINANCIAL GROUP, LLC AS A PARTY DEFENDANT**

Defendant, JD Byrider-Cranston, Inc. ("JD Byrider"), pursuant to Rules 19 and 20 of the Federal Rules of Civil Procedure, hereby moves this Honorable Court to allow the Joinder of Venturcap Financial Group, LLC ("Venturcap") as a party defendant in this action.

As grounds for this Motion, JD Byrider states that:

1. This action was stayed by this Court pending the arbitration of this matter pursuant to the arbitration provisions of the Retail Installment Contract and Security Agreement (the "contract") entered into by the parties on October 8, 2003.

2. Venturcap is the assignee of the contract and Venturcap was joined as a Respondent/ Claimant-in-Counterclaim in the Arbitration of this dispute.

3. The Arbitration Hearing was held on November 17, 2005 and the arbitrator issued a written award on December 12, 2005.

4. As is apparent from the attached Petition to Confirm Arbitration Award, in Venturcap's absence complete relief cannot be accorded among those already parties. A copy of the Petition to Confirm Arbitration Award is attached as Exhibit 1, and incorporated by reference herein.

Granted: Ronald R. Lagueux
Sr. USDJ 1/10/06