RECEIVED
JAN 12 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CRISSY M. HALL
Plaintiff,

VS. C.A. NO: 04-438L

JD BYRIDER-CRANSTON, INC. and
VENTURCAP FINANCIAL GROUP, LLC
Defendants.

## ORDER ON DEFENDANTS' PETITION TO CONFIRM ARBITRATION AWARD

RRL

The above captioned matter came on for ~~hearing~~ CONSIDERATION on 1/12/, 2006 before this Honorable Court, Judge Ronald R. Lagueux presiding, on Defendants, JD Byrider-Cranston, Inc. and Venturcap Financial Group, LLC's Petition to Confirm Arbitration Award in the above-entitled matter. After hearing thereon and consideration thereof, it is hereby *ORDERED, ADJUDGED and DECREED*:

1. The Petition is GRANTED;

2. That the arbitration award issued in the above-entitled matter is confirmed in all respects; and

3. That Final Judgment shall be entered in conformity with the award.

ENTERED as an Order of this Court this 12th day of JAN, 2006.

ENTER:

Ronald R. Lagueux
Ronald R. Lagueux
Senior District Judge
1/12/06

PER ORDER:

Barbara Gurfellan
Deputy Clerk