RECEIVED
JAN 12 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CRISSY M. HALL
Plaintiff,

VS.

JD BYRIDER-CRANSTON, INC., and
VENTURCAP FINANCIAL GROUP, LLC
Defendants.

C.A. NO: 04-438L

# FINAL JUDGMENT

The Court by an Order dated 1/12/, 2006, having confirmed an arbitration award dated December 12, 2005, in favor of the Defendants and against the Plaintiff in the sum of Seven Thousand Five Hundred Eleven Dollars and Sixty-Three Cents ($7,511.63) plus Three Hundred Seventy Two Dollars ($372.00) in arbitration fees; and the arbitration award having been duly filed in this proceeding; now therefore,

IT IS ORDERED, ADJUDGED, AND DECREED:

That Plaintiff take nothing, that the action be dismissed on the merits, and that the Defendants recover of the Plaintiff the sum of Seven Thousand Five Hundred Eleven Dollars and Sixty-Three Cents ($7,511.63), plus interest thereon at the contract rate of 17.95%, and the Defendants recover of the Plaintiff the additional sum of Three Hundred Seventy-Two Dollars ($372.00) in arbitration fees, with interest thereon at the statutory rate, together with its costs of action.

ENTERED by this Court this 12th day of JAN., 2006.

ENTER:

Ronald R. Lagueux
Senior District Judge
1/12/06

PER ORDER:

Deputy Clerk